IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **HENRY L. BLAKE, JR.,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No. SAG-18-0086 |
| **BROADWAY SERVICES, INC.,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 6th day of April, 2020, hereby ORDERED that:

(1) Defendant's Motion for Summary Judgment, ECF 47, is **GRANTED**;

(2) Plaintiffs' Motion for Summary Judgment, ECF 50, is **DENIED**;

(3) Defendants' Motion to Strike Exhibits F, H, and I to Plaintiffs' Memorandum in Support of Plaintiffs' Cross-Motion for Summary Judgment, ECF 51, is **DENIED**;

(4) Defendants' Motion to Accept Defendant's Surreply to Plaintiffs' Reply Memorandum on the Summary Judgment Motions, ECF 56, is **GRANTED**; and

(5) The Clerk is **DIRECTED** to **CLOSE** this case.

/s/
Stephanie A. Gallagher
United States District Judge